**SAO**
NATHAN F. SMITH, Nevada Bar No. #12642
MALCOLM ♦ CISNEROS, A Law Corporation
7473 W. Lake Mead Blvd, Suite 100
Las Vegas, NV 89128
Telephone: (702) 728-5285
Telecopier: (702) 728-5228
Email: nathan@mclaw.org

Attorney for Plaintiff FREEDOM MORTGAGE CORPORATION

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ARMAS, an individual; INTERNAL REVENUE SERVICE, a government agency; LYNBROOK MASTER ASSOCIATION, a homeowner's association; LAS VEGAS VALLEY WATER DISTRICT, a government agency; SILVER STATE DISPOSAL DBA REPUBLIC SERVICES, a corporation; SECRETARY OF VETERANS AFFAIRS, a government agency; DOES 1 through 10 and ROES BUSINESS ENTITIES 1 through 10, inclusive, | Case No. 2:25-cv-01158-JAD-MDC<br><br>**STIPULATION AND ORDER REMANDING CASE TO JUDGMENT AS TO DEFENDANT INTERNAL REVENUE SERVICE AND SECRETARY OF VETERANS AFFAIRS** |

1. Defendants INTERNAL REVENUE SERVICE ("IRS") and SECRETARY OF VETERANS AFFAIRS ("VA") maintains that they are exempt from filing fees pursuant to NRS § 19.035.

2. Plaintiff FREEDOM MORTGAGE CORPORATION ("Plaintiff"), IRS, and VA, by and through the undersigned counsel, hereby stipulate and agree as follows:

3. This stipulation pertains to the property at 7566 CATALINA HARBOR ST, LAS VEGAS, NV 89131, (APN: 125-13-724-053) (the "Subject Property"), legally described as:

**PARCEL ONE (1):**
**LOT FIVE HUNDRED SEVENTEEN (517) IN BLOCK SIXTEEN (16) OF LYNBROOK UNIT 7D, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 101 OF PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**PARCEL TWO (2):**
**A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THOSE PORTIONS DESIGNATED AS PRIVAGE DRIVE AS SHOWN ON THE MAP OF SAID SUBDIVISION AND BY MAP OF FILE IN BOOK 89 OF PLATS, PAGE 26, CLARK COUNTY, NEVADA.**

**ALSO KNOWN AS: 7566 CATALINA HARBOR ST, LAS VEGAS, NV 89131**

4. Plaintiff holds a valid lien against the Subject Property by virtue of a Deed of Trust recorded on August 9, 2017, in the Clark County Recorder's Office as Instrument No. 20170809-0001159. (the "Deed of Trust"). The beneficiary under the Deed of Trust was assigned to FREEDOM MORTGAGE CORPORATION via an Assignment of Deed of Trust recorded on May 17, 2023, in the Clark County Recorder's Office as Instrument No. 20230517-0001923.

5. This matter is before the Court upon consent of Plaintiff FREEDOM MORTGAGE CORPORATION and the United States of America on behalf of IRS and VA.

6. Plaintiff joined the United States as a Defendant based on three liens ("liens") Complaint ¶ 3 and 7:

i) The first lien, in regard to the IRS, is the amount of $27,980.95 which was recorded on May 11, 2017, in the Clark County Recorder's Office as Document No. 20170511-0000129.

ii) The second lien, in regard to the IRS, is in the amount of $51,819.96 (and any other amounts due thereunder) which was recorded on May 22, 2019, in the Clark County Recorder's Office as Document No. 20190522-0001607.

iii) The third lien, in regard to the VA, in the amount of $12,844.93 which was recorded on January 17, 2023, in the Clark County Recorder's Office as Document No. 20230117-0001551.

7. The United States was previously served with the pleadings.

8. The United States does not oppose the Court **entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale.** Plaintiff and the United States agree that this Consent Order does not affect the United States' ability to pursue collection on the liens provided by law and said liens shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to Plaintiff's Complaint.

9. THEREFORE, IT IS HEREBY **ORDERED that the relief sought by Plaintiff in its Complaint as against the United States is hereby granted** to the extent set forth above. Plaintiff shall not receive any award or judgment for attorneys' fees or other monetary damages against the United States.

10. IT IS FURTHER ORDERED that **Plaintiff shall provide the United States, through counsel for the United States, with notice and copies of all documents in this action,** including correspondence and pre- and post-judgment pleadings, whether presented to the judge or to the clerk of the court. In addition, Plaintiff shall provide to the United States, in the same manner set forth above, **notice of any excess proceeds and notice of any agreement between debtor and Plaintiff** which delays judgment or judicial sale of the property.

11. It is FURTHER ORDERED that **Defendant United States of America is hereby relieved from making any further court appearances in the case.**

12. It is FURTHER ORDERED that **this case is hereby remanded to the 8th Judicial District Court of Clark County, Nevada.**

13. It is FURTHER ORDERED that based on the remand of this case to the 8th Judicial District Court of Clark County, Nevada, all further dates and deadlines in this case are hereby vacated.

//

//

//

Respectfully submitted this 24th day of September, 2026.

Dated: July 20, 2026

MALCOLM ♦ CISNEROS,
A Law Corporation

NATHAN F. SMITH SBN 12642
Attorney for Plaintiff
7473 w. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 8918
Telephone: (702) 728-5285
Telecopier: (702) 728-5228

Dated: July 20, 2026

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So, Suite 1100
Las Vegas, Nevada 89101
Attorneys for Defendant IRS and VA
**Signed with permission.*

**ORDER**

Based on the Stipulation of the Parties [15] and good cause appearing,

IT IS HEREBY ORDERED that this case is DISMISSED as against the Internal Revenue Service, and the Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-917361-C and CLOSE THIS CASE. This case returns to state court with no motions pending.

______________________________
DISTRICT COURT JUDGE
10/16/26